UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL DAVIDSON and ROBYNN DAVIDSON and DEVON STETTLER and JENNIFER MORK and DOES 1-10, inclusive, including all unknown persons in possession of real property located at 8243 South Allen Street, Midvale, Utah 84047-7237,<br><br>Defendants. | ORDER GRANTING MOTION TO REMAND AND REMANDING CASE<br><br>Case No.: 2:18-cv-00701<br><br>Honorable Jill Parish |

BEFORE THIS COURT is Plaintiff' U.S. Bank Nation Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust's *Motion to Remand to State Court* [ECF No. 5], with notice having been provided pursuant to the Fed. R. Civ. P. and DUCivR. No objections or oppositions were timely raised to the pending motion.

The court finds Plaintiff's arguments are well taken. Defendant Jennifer Mork alleges the unlawful detainer summons and complaint in the underlying foreclosure action in state court did not provide the required 90-day notice to vacate under the Protecting Tenants at Foreclosure Act. Accordingly, Ms. Mork argues this defense grants this court federal jurisdiction to dismiss the unlawful detainer action. *See* [ECF No. 3] However, a case may not be removed to federal court solely because of a defense or counterclaim arising under federal law. *Topeka Hous. Auth. v. Johnson*, 404 F.3d 1245, 1247 (10th Cir. 2005). Thus, this court lacks subject-matter jurisdiction and must remand the case back to the state court. *See* 28 U.S.C. §1447(c). Accordingly, the court GRANTS Plaintiff's Motion to Remand [ECF No. 5]. This matter is remanded to the District

ORDER -1

Court of Utah, Third Judicial District, Salt Lake County – Salt Lake City.

IT IS SO ORDERED.

Dated: October 19, 2018.                                BY THE COURT:

_____
Magistrate Judge Brooke C. Wells

**ORDER -2**